FILED
2019 MAY 22 AM 11: 21
CLERK U.S. DIST...
CENTRAL DIST OF...
LOS ANG...
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br>PLAINTIFF(S)<br>v.<br>Davit Deldumyan DEFENDANT(S). | CASE NUMBER<br>281 H-P.H-PS95971<br>19MJ02174<br><br>**AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: FBI Criminal Complaint
in the Eastern District of Pennsylvania on 5/17/2019
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 9/13/2016 / 2/8/2017
in violation of Title 18 U.S.C., Section(s) 371, 1029(a), 1028A, 1956(a)(1)(B)(i)
to wit: Conspiracy of access device fraud, agg. ID theft, money laundering

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence 5/22/2019, by
Cindy Cruz [signature], Deputy Clerk.

_____          Sarah Cardone
Signature of Agent                 Print Name of Agent

FBI                                Special Agent
Agency                             Title

CR-52 (05/98)            AFFIDAVIT RE OUT-OF-DISTRICT WARRANT